IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:  Case No. 14-33102-DHW
 Chapter 13
KIMBERLY PARKER
SSAN: XXX-XX-4211

Debtor(s)

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Friday, November 14, 2014.

2. The debtor(s) §341 Meeting of Creditors was held Wednesday, December 10, 2014.

(**X**) The plan failed to make provisions for the following secured/priority creditors listed Creditor(s): Spiller Furniture.

(X) Debtor was to amend Schedules I & J to list 2nd employer and income.

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Monday, January 5, 2015.

Office of the Chapter 13 Trustee  Curtis C. Reding
P. O. Box 173  Chapter 13 Trustee
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: Ch13Trustee@ch13mdal.com  By:/s/ *Curtis C. Reding*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Monday, 5 January, 2015.

Copy to: DEBTOR(S)  /s/ *Curtis C. Reding*
 JOSHUA C MILAM  Curtis C. Reding

KIMBERLY PARKER
7425 MUIRFIELD LOOP
MONTGOMERY , AL 36116