UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

In re:

Kimberly Parker

Chapter 13

Case No. 14-33102-DHW

Debtor.

### AFFIDAVIT IN SUPPORT OF
### MOTION FOR RELIEF FROM AUTOMATIC STAY

I, __Shilundra Lidell__, declare under penalty of perjury as follows:

1. I am employed as a __Contract Management Coordinator__ of Ocwen Loan Servicing, LLC and am authorized to sign this affidavit on behalf of Ocwen Loan Servicing, LLC, ("Movant"). This affidavit is provided in support of the Motion for Relief from Stay (the "Motion") filed.

2. I make this affirmation based upon my review of the records with regard to this underlying loan transaction, which are kept in the ordinary course of business of Ocwen Loan Servicing, LLC. As part of my job responsibilities for Ocwen Loan Servicing, LLC, I have personal knowledge of and am familiar with the types of records maintained by Ocwen Loan Servicing, LLC in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of Ocwen Loan Servicing, LLC that pertain to the Loan and extensions of credit given to Debtor concerning the property securing such Loan.

3. The information in this affidavit is taken from Ocwen Loan Servicing, LLC's business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in

the course of Ocwen Loan Servicing, LLC's regularly conducted business activities; and (c) it is the regular practice of Ocwen Loan Servicing, LLC to make such records.

4. The Debtor aka Kimberly L Parker has executed and delivered or is otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note"). The Debtor aka Kimberly L Parker has executed and delivered or is otherwise obligated with respect to that certain Mortgage referenced in the Motion (the "Mortgage"). Pursuant to that certain Mortgage referenced in the Motion (the "Mortgage"), all obligations of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the property referenced in the Motion.

5. As of July 7, 2016, there are one or more defaults in paying Debtor post-petition amounts due with respect to the Note.

6. As of July 7, 2016, the unpaid principal balance of the Note is $80,390.20.

7. The following chart sets forth those post-petition payments, due pursuant to the terms of the Note, that have been missed by the Debtor as of July 7, 2016:

| Number of Missed Payments | From | To | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 12 | 08/01/2015 | 07/01/2016 | $378.67 | $222.76 | $601.43 | $7,217.16 |
| Less post-petition partial payments (suspense balance): | | | | | | ($336.71) |
| | | | | | Total: | **$6,880.45** |

8. As of July 7, 2016, the total post-petition arrearage/delinquency is $6,880.45 consisting of the (i) foregoing total of missed post-petition payments in the amount of $6,880.45, plus (ii) the following post-petition fees:

| Description | Amount |
|---|---|
| N/A | N/A |

9. Attached hereto as Exhibit A is a post-petition payment history.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __19__ day of __July__, __2016__.

_____
Signature

__Shilundra Lidell__
Name

__Contract Management Coordinator__
Title

STATE OF __Florida__ )
COUNTY OF __Palm Beach__ )

The foregoing instrument was acknowledged and sworn before me this __19th__ day of __July__, 2016, by __Shilundra Lidell__ as a __Contract Management Coordinator__ of Ocwen Loan Servicing, LLC, who is personally known to me or who has produced _____ as identification.

_____
NOTARY PUBLIC - State of Florida

Notary Public State of Florida
Miguel Baque
My Commission FF 987280
Expires 04/28/2020

__Miguel Baque__
Printed Name
My commission expires: __4/28/20__



EXHIBIT A

| Name: | Kimberly Parker | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 14-33102 | | | | | |
| Filing Date: | 11/14/2014 | | | | | |
| Post First Due: | 12/1/2014 | | | Completed By: | kmpraffu | |
| Post-Petition Due | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | Comments |
| | 1/31/2015 | $ 402.00 | | $ 402.00 | $ 402.00 | |
| 12/1/2014 | 2/28/2015 | $ 200.00 | $ 601.43 | $ (401.43) | $ 0.57 | |
| 1/1/2015 | 3/11/2015 | $ 602.00 | $ 601.43 | $ 0.57 | $ 1.14 | |
| | 3/30/2015 | $ 75.00 | | $ 75.00 | $ 76.14 | |
| | 4/15/2015 | $ 200.00 | | $ 200.00 | $ 276.14 | |
| 2/1/2015 | 5/8/2015 | $ 602.00 | $ 601.43 | $ 0.57 | $ 276.71 | |
| | 6/9/2015 | $ 100.00 | | $ 100.00 | $ 376.71 | |
| | 6/16/2015 | $ 60.00 | | $ 60.00 | $ 436.71 | |
| | 6/30/2015 | $ 40.00 | | $ 40.00 | $ 476.71 | |
| 3/1/2015 | 7/15/2015 | $ 207.00 | $ 601.43 | $ (394.43) | $ 82.28 | |
| | 8/14/2015 | $ 50.00 | | $ 50.00 | $ 132.28 | |
| | 9/21/2015 | $ 100.00 | | $ 100.00 | $ 232.28 | |
| | 10/15/2015 | $ 100.00 | | $ 100.00 | $ 332.28 | |
| | 10/26/2015 | $ 100.00 | | $ 100.00 | $ 432.28 | |
| | 11/5/2015 | $ 100.00 | | $ 100.00 | $ 532.28 | |
| 4/1/2015 | 11/23/2015 | $ 40.00 | $ 572.28 | $ (532.28) | $ - | Short Payment Accepted |
| | 12/10/2015 | $ 40.00 | | $ 40.00 | $ 40.00 | |
| | 1/15/2016 | $ 50.00 | | $ 50.00 | $ 90.00 | |
| | 2/2/2016 | $ 50.00 | | $ 50.00 | $ 140.00 | |
| 5/1/2015 | 2/10/2016 | $ 500.00 | $ 601.43 | $ (101.43) | $ 38.57 | |
| 6/1/2015 | 2/15/2016 | $ 601.00 | $ 601.43 | $ (0.43) | $ 38.14 | |
| | 3/9/2016 | $ 400.00 | | $ 400.00 | $ 438.14 | |
| 7/1/2015 | 4/9/2016 | $ 200.00 | $ 601.43 | $ (401.43) | $ 36.71 | |
| | 4/29/2016 | $ 200.00 | | $ 200.00 | $ 236.71 | |
| | 5/25/2016 | $ 100.00 | | $ 100.00 | $ 336.71 | |