| | | |
|---|---|---|
| **GERALD M. SHAPIRO**<br>Admitted in Illinois & Florida only<br>**DAVID S. KREISMAN**<br>Admitted in Illinois only<br>**GRADY I. INGLE**<br>Admitted in North Carolina and Tennessee only<br><br>HELEN BALL<br>JONATHAN SMOTHERS<br>WILLIAM P. HARRIS* | <br>**10130 Perimeter Parkway, Suite 400**<br>**Charlotte, NC 28216** | **VOICE (704) 333-8107**<br>**FAX (704) 333-8156**<br>http://www.shapiro-ingle.com<br><br>NICHOLAS CILLO<br>SHARON MARIE DAVIS<br>* Admitted in North Carolina and Alabama only |

May 23, 2018

Joshua C. Milam
566 S. Perry Street
Montgomery, AL 36104

Shinbaum Law Firm
566 South Perry Street
Montgomery, AL 36104

RE:     Kimberly Parker
        Case #: 14-33102
        S&I # 17-011917

Dear Joshua C. Milam and Shinbaum Law Firm,

      My client, Ocwen Loan Servicing, LLC, has informed me that the above-referenced debtor(s) has/have failed to maintain the post-petition payments. The account is currently due for the 4/1/18-5/1/18, post-petition payments in the amount of $739.67 each, with $386.07 in suspense. The total default through May, 2018 is $1,093.27.

      All payments made to reinstate the account must be in certified funds. Acceptance of partial payments, which do not cure the default in full, is not a waiver of our client's right to proceed with foreclosure for failing to bring the account current within the prescribed timeframe. Payment should be sent directly to Ocwen Loan Servicing, LLC.

      Pursuant to the Order dated September 20, 2016, please consider this your 20 day notice of default. In the event the Debtors fail to completely reinstate the account for post-petition payments within 20 days of the date of this letter, the automatic stay will terminate and my client may proceed with foreclosure.

      Please call me if you have any questions.
Very Truly Yours,

*[signature]*

SHAPIRO AND INGLE, LLP
JONATHAN SMOTHERS

GERALD M. SHAPIRO
    Admitted in Illinois & Florida only
DAVID S. KREISMAN
    Admitted in Illinois only
GRADY I. INGLE
    Admitted in North Carolina and Tennessee only

HELEN BALL
JONATHAN SMOTHERS
WILLIAM P. HARRIS*



10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216

VOICE (704) 333-8107
FAX (704) 333-8156
http://www.shapiro-ingle.com

NICHOLAS CILLO
SHARON MARIE DAVIS
* Admitted in North Carolina and Alabama only

May 23, 2018

Sabrina L. McKinney
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101
RE:    Kimberly Parker
        Case #: 14-33102
        S&I # 17-011917

    My client, Ocwen Loan Servicing, LLC, has informed me that the above-referenced debtor(s) has/have failed to maintain the post-petition payments. The account is currently due for the 4/1/18-5/1/18, post-petition payments in the amount of $739.67 each, with $386.07 in suspense. The total default through May, 2018 is $1,093.27.

    Pursuant to the Order dated September 20, 2016, please consider this the 20 day notice of default. In the event the Debtors fail to completely reinstate the account for post-petition payments within 20 days of the date of this letter, the automatic stay will terminate and my client may proceed with foreclosure.

    Please call me if you have any questions.

Very Truly Yours

SHAPIRO AND INGLE, LLP
JONATHAN SMOTHERS

GERALD M. SHAPIRO
    Admitted in Illinois & Florida only
DAVID S. KREISMAN
    Admitted in Illinois only
GRADY I. INGLE
    Admitted in North Carolina and Tennessee only

HELEN BALL
JONATHAN SMOTHERS
WILLIAM P. HARRIS*

**Shapiro and Ingle LLP**

10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216

VOICE (704) 333-8107
FAX (704) 333-8156

http://www.shapiro-ingle.com

NICHOLAS CILLO
SHARON MARIE DAVIS
* Admitted in North Carolina and Alabama only

May 23, 2018

Kimberly Parker
7425 Muirfield Loop
Montgomery, AL 36116

RE:    Kimberly Parker
         Case #: 14-33102
         S&I # 17-011917

    This letter is being sent directly to you pursuant to the terms of that certain Order entered by the bankruptcy court on September 20, 2016. My client, Ocwen Loan Servicing, LLC, has informed me that you have failed to maintain your post-petition payments. The account is currently due for the 4/1/18-5/1/18, post-petition payments in the amount of $739.67 each, with $386.07 in suspense. The total default through May, 2018 is $1,093.27.

    All payments made to reinstate the account must be in certified funds. Acceptance of partial payments, which do not cure the default in full, is not a waiver of our client's right to proceed with foreclosure for failing to bring the account current within the prescribed timeframe. Payment should be sent directly to Ocwen Loan Servicing, LLC.

    Pursuant to the Order dated September 20, 2016, please consider this your 20 day notice of default. In the event the Debtors fail to completely reinstate the account for post-petition payments within 20 days of the date of this letter, the automatic stay will terminate and my client may proceed with foreclosure.

    If you have any questions, please contact your attorney.

Very Truly Yours,

*[signature]*

SHAPIRO AND INGLE, LLP
JONATHAN SMOTHERS
cc: Joshua C. Milam and Shinbaum Law Firm